876

No. 96–5046. BOUNDS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5048. ROMER v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5049. HAYNES v. COMPTON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–5051. HODRICK v. UNITED STATES; and
No. 96–5157. SPARKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 81 F. 3d 171.

No. 96–5053. SOUVANNARATH v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 96–5054. ARCHER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–5055. GOULD v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5056. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5057. TYLER ET AL. v. CARNAHAN, GOVERNOR OF MISSOURI, ET AL. (two judgments). C. A. 8th Cir. Certiorari denied.

No. 96–5058. BARBER ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5059. ABANDY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5060. GOUGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5061. BOULDEN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 96–5062. ANDERSON v. FISCHBACH & MOORE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5063. MIDDLETON v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.